## Davis *versus* Hood.

13      171
Case 1
f 208      648
13      171
35 SC    68

Where it is apparent from the record that there is no error, the writ may be quashed before the return day.

ERROR to the District Court, *Philadelphia*.

This was the case of a judgment entered in the Prothonotary's office, Philadelphia, in favor of Hood to the use of Todd *vs*. Davis. It was entered on a judgment bond for the payment of $390,38; $200 had been paid on account before the entry of judgment. Judgment was entered for the $390,38, and credit for the $200 indorsed on the *fi. fa.* The judgment bond contained the usual stipulation *for a release of errors.*

Defendant took a writ of error.

The return day of this writ had *not* arrived.

William M. Bull, Esq., brought the writ into court and moved to quash it.

The court, April 20th, said that the manner in which the judgment had been entered, was right, and the writ of error was quashed, it being apparent from the record that there was no error in the matter.